1. Derrick L. Johnson
2. CDC# AY-7574
3. P.O. Box 3476
4. Corcoran, CA 93212
5. Plaintiff Pro Se

**18CV240**

United States District Court
Southern District of New York

Derrick L. Johnson, Plaintiff,   Civil Action No

v.   Verified Complaint For Damages

DCM Erectors, Inc., A Corporation; John   Jury Trial Demanded
Doe, In An Official Capacity, Defendants.

1. This action arises and invokes the jurisdiction of this court under the United States Constitution, Fourteenth Amendment and 28 §§ 1331, 1915, and 42 U.S.C. §§ 1983 and 1985(3).

2. On 6/29/12, in and at County of New York, State of New York, Defendant John Doe (who, at all times, was acting under color of a statute, ordinance, regulation, custom, and/or usage of a state and/or territory and in the course and scope of his employment as a foreman and employee of Defendant DCM Erectors, Inc., (hereinafter DCM)) and Defendant DCM did subject Plaintiff Derrick L. Johnson (hereinafter Plaintiff) (who, at all times, was [illegible] and is a United States citizen) and/or cause Plaintiff to be subjected to the deprivation of rights secured by the Constitution (including right to not be denied the equal protection of the laws under the Fourteenth Amendment) and laws (including 42 U.S.C. § 2000e-2, New York Executive Law, and New York City Administrative Code) when the Defendants unlawfully and unconstitutionally discriminated against Plaintiff by unlawfully and unconstitutionally discharging Plaintiff from employment based on Plaintiff's race and/or color. On about 6/29/12, in and at [illegible], a state and/or territory, Defendant John Doe and one or more persons conspired for the purpose of directly or indirectly depriving Plaintiff of the equal protection of the laws whereby, on 6/29/12, in and at County of New York,

1  STATE OF NEW YORK, PLAINTIFF WAS INJURED (INCLUDING EXPERIENCING GREAT HUMILIATION AND EMBA-
2  RRASSMENT) ~~[illegible]~~ IN HIS PERSON AND DEPRIVED OF EXERCISING AND HAVING A RIGHT OF A
3  CITIZEN OF THE UNITED STATES.
4      THEREFORE PLAINTIFF PRAYS AND DEMANDS: 1) ON THE DAY THIS PAPER IS DELIVERED TO CHIEF
5  JUDGE COLLEEN MCMAHON, A COURT ORDER: A) AUTHORIZING THE COMMENCEMENT OF THIS CIVIL ACTION
6  AND PLAINTIFF TO PROCEED IN FORMA PAUPERIS AND B) ORDERING CLERK OF COURT TO SIGN, SEAL, AND
7  ISSUE TO PLAINTIFF THE SUMMONS (ATTACHED TO MOTION AS EXHIBIT A) AND A CONFORMED COPY OF THIS
8  COMPLAINT FOR SERVICE ON THE DEFENDANTS AND TO MARK ISSUED SUMMONS WITH THE FILE NUMBER
9  AND ENTER CHRONOLOGICALLY IN THE DOCKET AND 2) JUDGMENT FOR DAMAGES AGAINST DEFENDANT DCH
10 IN A SUM CERTAIN OF NO LESS THAN $2,000,000.00.
11                      <u>VERIFICATION</u>
12     I VERIFY UNDER THE PENALTY OF PERJURY THAT THE FACTS ARE BASED ON MY PERSONAL KNOW-
13 LEDGE TO WHICH I AM COMPETENT TO TESTIFY AND ARE ADMISSIBLE IN EVIDENCE AND THAT THE FORE-
14 GOING IS TRUE AND CORRECT. EXECUTED ON 12/31/17     /s/ R. J.
15                         RESPECTFULLY SUBMITTED,    DERRICK L. JOHNSON
16                                                          CDC #AY-7574
17                                                          P.O. BOX 3476
18                                                          CORCORAN, CA 93212
19                                                          PLAINTIFF PRO SE
20
21
22
23
24
25
26
27
28

18 CV 240

1  DERRICK L. JOHNSON
2  CDC #AY-7574
3  P.O. BOX 3476
4  CORCORAN, CA 93212
5  PLAINTIFF PRO SE
6
7              UNITED STATES DISTRICT COURT
8              SOUTHERN DISTRICT OF NEW YORK
9  DERRICK L. JOHNSON, PLAINTIFF,           CIVIL ACTION NO.
                                            PLAINTIFF'S EX PARTE APPLICATION, FOR GOOD CAUSE, AND MOTION,
10  V.                                      TO BE DETERMINED ON THE DAY THIS PAPER IS DELIVERED TO
                                            CHIEF JUDGE COLLEEN McMAHON AND WITHOUT ORAL HEARINGS,
11  DCM ERECTORS, INC., "ET. AL." DEFENDANTS.  FOR A COURT ORDER THAT: 1) AUTHORIZES THE COMMENCEMENT OF
                                            THIS CIVIL ACTION WITHOUT PREPAYMENT OF FEES OR SECURITY AND
12                                          PLAINTIFF TO PROCEED IN FORMA PAUPERIS AND 2) ORDERS CLERK
                                            OF COURT RUBY J KRAJICK (OR ACTING CLERK OF COURT) TO SIGN,
13                                          SEAL, AND ISSUE TO PLAINTIFF THE SUMMONS (ATTACHED AS EXHI-
                                            BIT A) AND CONFORMED COPY OF COMPLAINT FOR SERVICE ON EACH
14                                          DEFENDANT AND TO MARK ISSUED SUMMONS WITH THE FILE NUM-
                                            BER AND ENTER CHRONOLOGICALLY IN THE DOCKET
15  GROUNDS                    DECLARATION
16      I DECLARE UNDER THE PENALTY OF PERJURY, ON THIS DATE, IN THE STATE OF CALIFORNIA, THAT I DO NOT
17  POSSESS ANY ASSETS, THAT I AM UNABLE TO PAY FEES OR GIVE SECURITY IN THIS CIVIL ACTION, THAT I AM
18  ENTITLED TO REDRESS, THAT THE FACTS ARE BASED ON MY PERSONAL KNOWLEDGE TO WHICH I AM COM-
19  PETENT TO TESTIFY AND ARE ADMISSIBLE IN EVIDENCE, AND THAT THE FOREGOING IS TRUE AND CORRECT.
20      EXECUTED ON 12/31/17        /s/ Derrick L. Johnson   DERRICK L. JOHNSON
21      BASED ON THE DECLARATION ABOVE, 28 U.S.C. §1915 PROVIDES FOR THIS COURT TO AUTHORIZE THE
22  COMMENCEMENT OF THIS CIVIL ACTION. RULES 4(b), 6(c)(1)(C), 7(b), 78(b), AND 79(a)(2)(B) OF FEDERAL RULES
23  OF CIVIL PROCEDURE PROVIDE MORE GROUNDS FOR THIS APPLICATION AND MOTION. FOR THESE REASONS, THIS AP-
24  PLICATION AND MOTION SHOULD BE GRANTED.
25  RELIEF SOUGHT
26      ALL RELIEF STATED IN TITLE AND IN THIS APPLICATION AND MOTION.
27      DATE: 12/31/17                        /s/ Derrick L. Johnson
                                              DERRICK L. JOHNSON
28                                            CDC #AY-7574
                                              P.O. BOX 3476
                                              CORCORAN, CA 93212
                                              PLAINTIFF PRO SE

                        (1) OF 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

DERRICK L. JOHNSON
_Plaintiff(s)_

v.                                Civil Action No.

DCM ERECTORS, INC.; JOHN DOE, IN OFFICIAL CAPACITY;
_Defendant(s)_

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

DCM ERECTORS, INC.,
110 EAST 42ND STREET, SUITE #1104
NEW YORK, NY 10017

JOHN DOE
110 EAST 42ND STREET, SUITE #1104
NEW YORK, NY 10017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DERRICK L. JOHNSON
CDC# AY-7574
P.O. BOX 3476
CORCORAN, CA 93212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                      _____
                                                 _Signature of Clerk or Deputy Clerk_

DERRICK L. JOHNSON
CDC# AY-7514
P.O. BOX 3476
CORCORAN, CA 93212

CORCORAN STATE PRISON

1000781916 0014

CHIEF JUDGE COLLEEN McMAHON
U.S. COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

1/11/18

76494

CORCORAN STATE PRISON





US POSTAGE >> PITNEY BOWES
ZIP 93212
02 1W
0001386349 JAN 02 2018
$ 000.46